UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_TALLAHASSEE_   DIVISION

**CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

AMENDED COMPLAINT

PROVIDED TO TOMOKA CORRECTIONAL INSTITUTION ON 7-29-19 FOR MAILING BY ___

ERIC K. BROOKS,
Inmate # 582151
(Enter full name of Plaintiff)

vs.

CASE NO: 4:19CV288-RH/CAS
(To be assigned by Clerk)

OFFICER AATON J. BLEVINS,
OFFICER GLENCHARLES FARMER,
OFFICER JUSTIN R. HILL,
INDIVIDUAL -N-
OFFICIAL CAPACITY.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

#1

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: ERIC K. BROOKS
Inmate Number: #582151
Prison or Jail: TOMOKA C.I.
Mailing address: 3950 TIGER BAY ROAD
DAYTONA BEACH FLORIDA
32124

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: AARON JAMES BLEVINS
Official position: OFFICER
Employed at: TALLAHASSEE POLICE Dept.
Mailing address: 234 EAST SEVENTH AVE-
TALLY, FLA. 32303

(2) Defendant's name: GLENCHARLES FARMER
Official position: OFFICER
Employed at: TALLAHASSEE POLICE Dept.
Mailing address: 234 EAST SEVENTH AVE-
TALLY, FLA. 32303

(3) Defendant's name: JUSTIN REED HILL
Official position: OFFICER
Employed at: TALLAHASSEE POLICE Dept.
Mailing address: 234 EAST SEVENTH AVE.
TALLY, FLA. 32303

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III.     **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.     **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

    A.     Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes( )  No(L✓)

       1.     Parties to previous action:
   (a)    Plaintiff(s): _____
   (b)    Defendant(s): _____
   2.     Name of judge: _____  Case #: _____
   3.     County and judicial circuit: _____
   4.     Approximate filing date: _____
   5.     If not still pending, date of dismissal: _____
   6.     Reason for dismissal: _____
   7.     Facts and claims of case: _____
   _____

       **(Attach additional pages as necessary to list state court cases.)**

    B.     Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

       Yes( )  No(L✓)

       1.     Parties to previous action:
   a.    Plaintiff(s): _____
   b.    Defendant(s): _____
   2.     District and judicial division: _____
   3.     Name of judge: _____  Case #: _____
   4.     Approximate filing date: _____
   5.     If not still pending, date of dismissal: _____
   6.     Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: *NOT related to this law suite.*

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6.  Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.) I.

1. ON 11/15/2017, Plaintiff was unlawfully stopped, searched, seized, battered and falsely arrested by Tallahassee Police Department officer Aaron James Blevins for an alleged 911 call that was not corroborated and supported by the evidence.

2. Officer Blevins refuse to release Plaintiff after confirming that a computer check showed no warrants.

3. IN stead of releasing plaintiff, this officer went on to push plaintiff up against his patrol vehicle and proceeded to search plaintiff without cause.

4. Due to officer Blevins refusing to give plaintiff his identification card back and release him, this situation developed into officer Blevins calling for back up, in which Tallahassee police Department officer Glencharles Farmer showed up on scene.

5. This officer immediately got out of his car putting on his gloves in which plaintiff knew at that time what was about to take place.

6. After talking to one another, both officers walked over to plaintiff, grabbed him without warning or explanation, started dragging plaintiff between their two patrol vehicles.

5

7. Both officers slamed plaintiff on his face and chest and started punching, choking, kneeing and kicking plaintiff all over his body.

8. While trying to protect himself from the assault of both officers, another officer arrived by the name of Justin Reed Hill, and started/proceeded to help the other two officers, forcefully twisting plaintiff arms and handcuffing him so tight that plaintiff lost all feelings, circumlation in his hand, rist and arms.

9. Plaintiff was also tazed in his left arm and right leg.

10. Plaintiff told the three officers that he was hurt and the parmedic was called on scene but plaintiff was denied medical attention.

11. Immediately following this incident of false arrest excessive force and denial of medical attention, plaintiff was taken to the leon county jail.

12. Upon arrival, plaintiff complained of pain inflicted upon his body by all three officers.

13. The leon county Jail officers took photos of plaintiff injuries.

14. Plaintiff suffered from cuts, lacerations and Tazer marks on his body, swelling on his face, as well as multiple bruises and swellings on his body.

15. Despite the severity of his injuries and the excruciating pain plaintiff suffered as a result of these injuries, only a few Tylenol and I.B. profin were administered to plaintiff after the attack.

16. Plaintiff endured severe pain throughout the

6

Night from his extensive injuries.

17. Despite the serious pain, the doctor in the department of corrections has only prescribed IBUPROFEN for pain relief.

18. Although Plaintiff's pain was not alleviated, no stronger pain killer was administered.

19. As of this day July 18th 2019 at Tomoka Correctional Institution, the medical department has failed to treat this unbareable pain and have failed to prescribe Plaintiff medications to address Plaintiff medical over all situation.

*PLAINTIFF is commited to the department* of corrections at this time for the above complaint.

7

# FALSE ARREST CLAIM AGAINST DEFENDANT AARON BLEVINS

20. ON 11/15/2017, Plaintiff was not under arrest and did not commit any crime.

21. Plaintiff was unlawfully stopped due to an alleged 911 call, which was never corroborated.

22. The violation of Plaintiff 4th and 14th amendment of the United States constitution led to Petitioner being falsely arrested without Probable cause.

23. Officer aaron Blevins Ploted a reason to hold Plaintiff on scene by way of stating that Plaintiff was all of a sudden expiriencing mental issues and could not make rational decisions and therefore fits the criteria to be baker act.

24. Not once did officer aaron blevins inform Plaintiff that he was being Placed into Protective custody.

25. Although this officer used the baker act statute to develope Probable cause, he did not follow through with it onced Plaintiff had been battered by him.

26. OFFICER Blevins grabbed Plaintiff without warning, Permission, Probable cause or Proof that Plaintiff could not rational decisions.

27. This officer aaron blevins is truely in violation of Plaintiff 4th and 14th amendment of the United States constitution.

8

# FALSE ARREST CLAIM AGAINST DEFENDANT GLENCHARLES FARMER

28. On 11/15/2017, Plaintiff was not under arrest and did not commit any crime.

29. Plaintiff was unlawfully stopped due to an alleged 911 call, which was never corroborated.

30. The violation of Plaintiff 4th and 14th amendment of the United State constitution led to Petitioner being falsely arrested without probable cause.

31. Officer Glencharles Farmer helped plotted a reason to hold Plaintiff on scene by way of stating that Plaintiff was all of a sudden expiriencing mental issues and could not make rational decisions and therefore fits the criteria to be baker act.

32. Not once did officer Farmer inform Plaintiff that he was being placed in protective custody.

33. Although this officer use the baker act statute to develope probable cause, he did not follow through with it once Plaintiff had been battered by him.

34. Officer Glencharles Farmer grabbed Plaintiff without warning, permission, probable cause or proof that Plaintiff could not make rational decisions.

35. This officer Glencharles Farmer is truely in violation of Plaintiff 4th and 14th amendment of the United States constitution.

9

## FALSE ARREST CLAIM AGAINST DEFENDANT JUSTIN HILL

36. ON 11/15/2017, Plaintiff was not under arrest and did not commit and crime.

37. Plaintiff was unlawfully stopped due to an alleged 911 call, which was never corroborrated

38. The violation of Plaintiff 4th and 14th amendment of the united States constitution, led to Petitioner being falsely arrested without Probable cause.

39. OFFICER Justin Hill agreed to the Plot to Falsely arrest Plaintiff because he could have Stopped the false arrest, excessive force and denial of medical attention.

40. INSTEAD, he Perticerpated in the Plot; by grabbing Plaintiff without warning, Permission, Probable cause or Proof that Plaintiff was lawfully Placed under arrest.

41. This officer Justin Hill is truely in violation of Plaintiff 4th and 14th amendment of the united states constitution by grabbing, twisting his arm Painfully and focefully cuffing him in a crude an unusual manner.

#10

## EXCESSIVE FORCE AGAINST DEFENDANT AARON BLEVINS

42. ON 11/15/2017, Plaintiff Eric Brooks did not commit any crime and was not under arrest.

43. Officer aaron blevins committed unlawful acts upon Plaintiff by his bad judgement of using EXCESSIVE force

44. This officer beat Plaintiff by way of Punching, Kicking, Slamming Plaintiff head down to the concret and taze Plaintiff when there were no need for any violence.

45. This officer is in violation of Plaintiff eighth (8th) and 14th amendment of the United States Constitution.

## EXCESSIVE FORCE AGAINST DEFENDANT GLENCHARLES FARMER

46. ON 11/15/2017, Plaintiff did not commit any crime and was not under arrest.

47. Officer Glencharles Farmer committed unlawful acts upon Plaintiff by his bad judgement of his using cessive force.

48. This officer beat Plaintiff by way of Punching, Kicking, Slamming Plaintiff head down to the concret and taze Plaintiff when there were no need for any violence.

49. This officer is in violation of Plaintiff 8th and 14th amendment of the United States constitution.

#11

#11

## EXCESSIVE FORCE AGAINST DEFENDANT JUSTIN HILL

50. On 11/15/2017, Plaintiff did not commit any crime and was not under arrest.

51. Officer Justin Hill committed unlawful acts upon Plaintiff by his bad judgement of his using Excessive force.

52. This officer used excessive force by painfully twisting the arm of Plaintiff and forcefully handcuffing the arms so tight that he lost all feelings and circumlations in his hands, fists and arms.

53. This officer is in violation of Plaintiff 8th and 14th amendment of the United State constitution.

## DENIAL OF MEDICAL CARE AGAINST DEFENDANT AARON BLEVINS

54. On 11/15/2017 at 12:00 to 1:00 a.m. hour, Paramedics was called on scene due to the use of force inflicted upon Plaintiff by way of beating, punching, slamming and tazing.

55. Plaintiff made several request that he was hurt and in need of medical attention.

56. While the Paramedics was willing to take Plaintiff to the hospital, they was denied the right to do so by officer Aaron Blevins.

57. This officer is in violation of the 8th and 14th amendment of the United States constitution.

#12

## DENIAL OF MEDICAL CARE AGAINST DEFENDANT GLENCHARLES FARMER

58. ON 11/15/2017, at approxiamately 12:00 to 1:00 A.M. hour, Parmedics was called on scene due to the force inflicted upon Plaintiff by way of beating, Punching, slamming, and tazing.

59. Plaintiff made several request that he was hurt and in need of medical attention.

60. While the Parmedics was willing to take Plaintiff to the hospital, they was denied the right to so by officer Glencharles Farmer.

61. This officer is in violation of Plaintiff 8th and 14th amendment of the United States Constitution.

## DENIAL OF MEDICAL CARE AGAINST DEFENDANT JUSTIN HILL

62. ON 11/15/2017, at approxiamately 12:00 to 1:00 A.M. hour, Parmedics was called on scene due to the force that was inflicted upon Plaintiff by way of beating, Punching, Slamming and tazing.

63. Plaintiff made several request that he was hurt and in need of medical attention.

64. While the Parmedics was willing to take Plaintiff to the hospital, they was denied the right to do so by officer Justin Hill.

65. This officer is in violation of Plaintiff 8th and 14th amendment of the United States Constitution.

#13

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

66. The actions of the defendant Blevins, Farmer and HILL in commiting false arrest, excessive force and a denial of medical care against plaintiff without need or prevocation was done molicously and SADISTICALLY and constituted A violation of Plaintiff 4th, 8th and 14th amendment of the United States Constitution. At all relevant times herein, defendants were persons for purposes of 42 U.S.C. section 1983 and acted under color of law to deprive plaintiff of his constitutional rights.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

A. Issue a declaratory Judgment stating that:
1. The False arrest, physical abuse of plaintiff and denial of medical care by defendant Blevins, Farmer and HILL, violated the plaintiff rights under the 4th, 8th and 14th amendment of the United States Constitution and constituted an assault-N-battery under state law.

#14

## Continuation (B) RELIEF REQUESTED

### B. AWARD FOR COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNT

1. 380,000 INDIVIDUALLY against Defendant BLEVINS, For the Physical and emotional injuries sustained as the result of Plaintiff Beating.

2. 380,000 INDIVIDUALLY against Defendant FARMER, For the Physical and emotional injuries sustained as the result of Plaintiff Beating.

3. 380,000 INDIVIDUALLY against Defendant HILL, For the Physical and emotional injuries sustained as the result of Plaintiff Beating.

### C. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNT

1. 150,000 each against Defendant BLEVINS.
2. 150,000 each against Defendant FARMER.
3. 150,000 each against Defendant HILL.

## D. DECLATORY & INJUNCTIVE RELIEF

CRIMINAL CHARGES PRESSED ON DEFENDANT'S

1. FALSIFICATION OF DOCUMENTS FLORIDA STATUTE 839.13(2)(2)

2. 18 UNITED STATE CONSTITUTION 241 CONSPIRACY

3. 18 UNITED STATE CONSTITUTION 1519 OBSTRUCTION OF JUSTICE

#16

## OATH

I HEREBY CERTIFY that I have read the foregoing motion, that I understand its content and that all of the facts stated herein are true and correct.

*Eric K. Brooks*
ERIC K. BROOKS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that A true and correct copy of the foregoing motion was Placed in the hands of Tomoka Correctional Institution mailroom OFFICIALS for mailing via U.S. First class mail to the CLERK OF COURT, 111 N. ADAMS ST. TALLAHASSEE FLORIDA 32301-7730 ON or about this ___ day of JULY 2019.

*Eric K. Brooks*
ERIC K. BROOKS
Tomoka Correctional Institution
3950 TIGER BAY ROAD
DAYTONA BEACH FLORIDA
ZIP → 32124

**Instructions:** 1. Write your legal document on the front blank side. 2. The watermark is to identify this paper for security reasons. 3. The lines on this side are intentionally designed to guide you while writing on the front blank side so that you can produce a legible document

X17

ERIC R. Brooks #582151
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida
32124

MAILED FROM A STATE CORRECTIONAL INSTITUTION




US POSTAGE PITNEY BOWES
ZIP 32124 $ 001.60⁰
02 4W
0000360581 JUL 29 2019


JUL 31 2019

MAILED FROM A STATE CORRECTIONAL INSTITUTION

Clerk of Court
111 N. Adams St.
Tallahassee, Florida
32301-7730

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL          LEGAL MAIL