UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC BROOKS,

    Plaintiff,

v.                              Case No.:  4:19cv288-RH-CAS

AARON BLEVINS, GLEN
FARMER, and JUSTIN HILL,

    Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, AARON BLEVINS, GLEN FARMER, and JUSTIN HILL hereby respond to Plaintiff's Complaint, ECF No. 7, as follows:

1. Defendants deny the allegations contained in this paragraph.
2. Defendants deny the allegations contained in this paragraph.
3. Defendants deny the allegations contained in this paragraph.
4. Defendants deny the allegations contained in this paragraph.
5. Defendants deny the allegations contained in this paragraph.
6. Defendants deny the allegations contained in this paragraph.
7. Defendants deny the allegations contained in this paragraph.
8. Defendants deny the allegations contained in this paragraph.
9. Defendants deny the allegations contained in this paragraph.

10. Defendants deny the allegations contained in this paragraph.

11. Defendants deny the allegations contained in this paragraph.

12. Defendants are without knowledge of the allegations contained in this paragraph, therefore, they are denied.

13. Defendants are without knowledge of the allegations contained in this paragraph, therefore, they are denied.

14. Defendants deny the allegations contained in this paragraph.

15. Defendants are without knowledge of the allegations contained in this paragraph, therefore, they are denied.

16. Defendants are without knowledge of the allegations contained in this paragraph, therefore, they are denied.

17. Defendants are without knowledge of the allegations contained in this paragraph, therefore, they are denied.

18. Defendants are without knowledge of the allegations contained in this paragraph, therefore, they are denied.

19. Defendants are without knowledge of the allegations contained in this paragraph, therefore, they are denied.

## False Arrest Claim Against Defendant Aaron Blevins

20. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

21. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

22. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

23. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

24. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

25. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

26. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

27. This count has been dismissed. Nevertheless, Defendant Blevins denies the allegations contained in this paragraph.

### **False Arrest Claim Against Defendant Glen Farmer**

28. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

29. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

30. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

31. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

32. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

33. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

34. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

35. This count has been dismissed. Nevertheless, Defendant Farmer denies the allegations contained in this paragraph.

## **False Arrest Claim Against Defendant Justin Hill**

36. This count has been dismissed. Nevertheless, Defendant Hill denies the allegations contained in this paragraph.

37. This count has been dismissed. Nevertheless, Defendant Hill denies the allegations contained in this paragraph.

38. This count has been dismissed. Nevertheless, Defendant Hill denies the allegations contained in this paragraph.

39. This count has been dismissed. Nevertheless, Defendant Hill denies the allegations contained in this paragraph.

40. This count has been dismissed. Nevertheless, Defendant Hill denies the allegations contained in this paragraph.

41. This count has been dismissed. Nevertheless, Defendant Hill denies the allegations contained in this paragraph.

### Excessive Force Against Defendant Aaron Blevins

42. Defendant Blevins denies the allegations contained in this paragraph.

43. Defendant Blevins denies the allegations contained in this paragraph.

44. Defendant Blevins denies the allegations contained in this paragraph.

45. Defendant Blevins denies the allegations contained in this paragraph.

### Excessive Force Against Defendant Glen Farmer

46. Defendant Farmer denies the allegations contained in this paragraph.

47. Defendant Farmer denies the allegations contained in this paragraph.

48. Defendant Farmer denies the allegations contained in this paragraph.

49. Defendant Farmer denies the allegations contained in this paragraph.

### Excessive Force Against Defendant Justin Hill

50. Defendant Hill denies the allegations contained in this paragraph.

51. Defendant Hill denies the allegations contained in this paragraph.

52. Defendant Hill denies the allegations contained in this paragraph.

53. Defendant Hill denies the allegations contained in this paragraph.

## Denial of Medical Care Against Defendant Aaron Blevins

54. Defendant Blevins denies the allegations contained in this paragraph.

55. Defendant Blevins denies the allegations contained in this paragraph.

56. Defendant Blevins denies the allegations contained in this paragraph.

57. Defendant Blevins denies the allegations contained in this paragraph.

58. Defendant Blevins denies the allegations contained in this paragraph.

59. Defendant Blevins denies the allegations contained in this paragraph.

60. Defendant Blevins denies the allegations contained in this paragraph.

61. Defendant Blevins denies the allegations contained in this paragraph.

## Denial of Medical Care Against Defendant Justin Hill

62. Defendant Hill denies the allegations contained in this paragraph.

63. Defendant Blevins denies the allegations contained in this paragraph.

64. Defendant Blevins denies the allegations contained in this paragraph.

65. Defendant Blevins denies the allegations contained in this paragraph.

## Statement of Claim

66. Defendants deny the allegations contained in this paragraph.

## DENIAL OF PRAYER FOR RELIEF (III.A-D)

Defendants deny they violated any law and deny that Plaintiff is entitled to any relief or that Defendants are liable to Plaintiff in any sum or in any manner.

## DEFENSES & AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. Some or all of Plaintiff's claims are barred by the doctrine of sovereign immunity.

3. Some or all of Plaintiff's claims are barred by the doctrine of qualified immunity.

4. Any and all actions taken by law enforcement officers, including but not limited to Officers Blevins, Farmer, and Hill, in detaining, arresting, and/or prosecuting the Plaintiff were undertaken in good faith, without malice, and based on facts and the totality of the circumstances observed by Officers Blevins, Farmer, and Hill.

5. Any and all actions taken by law enforcement officers, including but not limited to Officers Blevins, Farmer, and Hill, in detaining and arresting Plaintiff were based on actual probable cause.

6. The proximate cause of any injury to the plaintiff because of circumstances and events leading to the alleged injuries were not foreseeable to Officers Blevins, Farmer, and Hill, were consequences of the conduct of the plaintiff, and were too remote in time and place from the conduct of Officers Blevins, Farmer, and Hill.

7. Plaintiff has failed to mitigate his damages, if any.

8. Any and all damages allegedly sustained by the Plaintiff, if any, were caused by the actions of the Plaintiff.

9. Officers Blevins, Farmer, and Hill are entitled to the presumption of good faith in their use of force in making the lawful arrest of Plaintiff and can only be liable for damages where the force used is clearly excessive.

10. Officers Blevins, Farmer, and Hill had the legal privilege to use the force they employed as it was both reasonable and necessary under the circumstances to carry out plaintiff's lawful arrest, to overcome plaintiff's resistance and because he reasonably believed the force used was necessary to defend himself from bodily harm.

11. The City is entitled to the protections imposed by section 768.28, Florida Statutes, including but not limited to the pre-suit notice requirements, caps on damages, and the prohibition on the recovery of prejudgment interest.

12. Plaintiff's claims or factual allegations are barred in whole or in part by the favorable-termination requirement outlined in *Heck v. Humphrey* and its progeny.

13. Defendants Blevins, Farmer, and Hill were not deliberately indifferent to a serious medical need of Plaintiff, assuming he suffered from one, nor did any alleged delay in treatment cause any damages to Plaintiff.

14. Plaintiff's alleged damages should be reduced or set-off by any amounts paid to, received by, or to be received in the future from, any third party, collateral source, or any other sources permitted by Florida Statutes or applicable law.

WHEREFORE, having fully answered Plaintiff's Complaint and having set forth the above affirmative defenses, Defendants Aaron Blevins, Glen Charles Farmer, and Justin Hill respectfully request that Plaintiff's Complaint be dismissed in its entirety and/or that judgment be entered against Plaintiff and for Defendants and that Defendants be awarded their costs in defending this action, including reasonable attorney's fees and costs as allowable by law.

Respectfully submitted on August 6, 2020.

*s/Hannah D. Monroe*
Hannah D. Monroe
Florida Bar Number:  102762
Assistant City Attorney
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, FL  32301
Phone:  (850) 891-8554
Fax:  (850) 891-8973
Hannah.Monroe@talgov.com
*Attorney for Defendants*
*Aaron Blevins, Glen Farmer, and Justin Hill*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been furnished via the court's E-filing portal and U.S. mail on this 6th day of August, 2020 to the following:

> Eric K. Brooks
> Inmate No.: 582151
> Tomoka Correctional Institution
> 3950 Tiger Bay Road
> Daytona Beach, Florida 32124

*s/Hannah D. Monroe*
Hannah D. Monroe