UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC BROOKS,**

    Plaintiff,

v.                                  Case No.:  4:19cv288-RH-MAF

**AARON BLEVINS, GLEN FARMER, and JUSTIN HILL,**

    Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

**COMES NOW,** Defendants, Aaron Blevins, Glen Farmer, and Justin Hill, by and through undersigned counsel, pursuant to the Court's Order for Pretrial Conference [ECF 84] and hereby submits its Proposed Jury Instructions and Verdict Form.

## PROPOSED JURY INSTRUCTIONS

Defendants request that the Court utilize the following Eleventh Circuit Pattern Jury Instructions (2020):

- 1.1 General Preliminary Instruction
- 1.5 Interim Statements
- 2.1 Stipulations
- 2.4 Interim Statements
- 3.1 Basic Instructions Introduction

1

- 3.2 Duty to Follow Instruction – No Corporate Party Involved

- 3.2.3 Duty to Follow Instruction – Government Entity or Agency Involved

- 3.3 Consideration of Direct and Circumstantial Evidence; Argument of Counsel; Comments by the Court

- 3.4 Credibility of Witnesses

- 3.5.1 Impeachment of Witnesses because of Inconsistent Statements

- 3.5.2 Impeachment of Witnesses because of Inconsistent Statements or Felony Conviction

- 3.6.1 Expert Witness

- 3.7.1 Responsibility for Proof – Plaintiff's Claims – Preponderance of the Evidence

- 3.8.1 Duty to Deliberate when only the Plaintiff Claims Damages

- 3.9 Election of Foreperson Explanation of Verdict Forms

- 5.4 Fourth or Fourteenth Amendment Claim – Private Person or Pretrial Detainee Alleging Excessive Force

- 5.13 Damages

## **VERDICT FORM**

We, the jury, unanimously find the following by a preponderance of the evidence:

(1)

Did Officer Aaron Blevins use reasonable force under the circumstances in arresting Eric Brooks?

  Answer: Yes_____ No _____

Did Officer GlenCharles Farmer use reasonable force under the circumstances in arresting Eric Brooks?

  Answer: Yes_____ No _____

Did Officer Justin Hill use reasonable force under the circumstances in arresting Eric Brooks?

  Answer: Yes_____ No _____

IF YOU ANSWERED "YES" TO ALL, THIS ENDS YOUR DELIBERATION AND YOU FIND IN FAVOR OF THE DEFENDANTS. YOUR FOREPERSON SHOULD SIGN AND DATE THE LAST PAGE OF THIS VERDICT FORM. IF YOUR ANSWER IS "NO," GO TO THE NEXT QUESTION

(2)

Would Eric Brookes have been injured without Officer Aaron Blevins' conduct?

  Answer: Yes_____ No _____

Would Eric Brookes have been injured without Officer GlenCharles Farmer's conduct?

  Answer: Yes_____ No _____

3

Would Eric Brookes have been injured without Officer Justin Hill's conduct?

Answer: Yes_____ No _____

IF YOU ANSWERED "NO" TO ALL, THIS ENDS YOUR DELIBERATION, AND YOUR FOREPERSON SHOULD SIGN AND DATE THE LAST PAGE OF THIS VERDICT FORM. IF YOUR ANSWER IS "YES," GO TO THE NEXT QUESTION

(3)

Were Eric Brooks' injuries reasonably foreseeable consequences of Officer Aaron Blevins' conduct?

Answer: Yes_____ No_____

Were Eric Brooks' injuries reasonably foreseeable consequences of Officer GlenCharles Farmer's conduct?

Answer: Yes_____ No_____

Were Eric Brooks' injuries reasonably foreseeable consequences of Officer Justin Hill's conduct?

Answer: Yes_____ No_____

IF YOU ANSWERED "NO" TO ALL, THIS ENDS YOUR DELIBERATION, AND YOUR FOREPERSON SHOULD SIGN AND DATE THE LAST PAGE OF THIS VERDICT FORM. IF YOUR ANSWER IS "YES," GO TO THE NEXT

4

QUESTION

(4) Did Eric Brooks suffer more than a minimal injury?

      Answer: Yes_____ No _____

IF YOU ANSWERED "NO," THEN GO TO PART (6). IF YOUR ANSWER IS "YES," GO TO THE NEXT QUESTION

(5)

Should Eric Brooks be awarded compensatory damages again Officer Aaron Blevins?

      Answer: Yes_____ No _____

If your answer is "Yes," in what amount? $_____

Should Eric Brooks be awarded compensatory damages again Officer Glen Charles Farmer?

      Answer: Yes_____ No _____

If your answer is "Yes," in what amount? $_____

Should Eric Brooks be awarded compensatory damages again Officer Justin Hill?

      Answer: Yes_____ No _____

If your answer is "Yes," in what amount? $_____

(6)

Should Eric Brooks be awarded nominal damages against Officer Aaron Blevins?

  Answer: Yes_____ No_____

Should Eric Brooks be awarded nominal damages against Officer GlenCharles Farmer?

  Answer: Yes_____ No_____

Should Eric Brooks be awarded nominal damages against Officer Justin Hill?

  Answer: Yes_____ No_____

SO SAY WE ALL.

            _____
            Foreperson's Signature

DATE: _____

        Respectfully submitted,

        s/ Jennifer M. Painter
        Florida Bar Number: 110966
        Assistant City Attorney
        City Attorney's Office
        300 South Adams Street, Box A-5
        Tallahassee, FL  32301
        T: (850) 891-8554
        F: (850) 891-8973
        Jennifer.Painter@talgov.com
        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2022, a true and correct copy of the foregoing has been furnished by email to the following:

Gary Printy, Esq.
1804 Miccosukee Commons Drive, Suite 200
Tallahassee, FL 32308
attygaryprinty@gmail.com

        s/Jennifer M. Painter